FILED
November 24, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**UNITED STATES OF AMERICA**
**V.**
Julian MORA

**CRIMINAL COMPLAINT**

**Case Number: PE: 26-MJ-451**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 11/20/2026 in Presidio County, in the Western District Of Texas defendant(s) did, knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, or attempt to transport and move such alien within the United States in furtherance of said violation of law, for the purpose of commercial advantage or private financial gain

in violation of Title 8 United States Code, Section(s) 1324(a)(1)(A)(ii) & (a)(1)(B)(i)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant

Eric Valenzuela
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

11/24/2026 at Pecos, TX
Date City/State

Ronald C. Griffin U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

Julian MORA

FACTS (CONTINUED)

Immigration History:
None Found

Criminal History:
09/26/2017, El Paso Texas, Assault Causing Bodily Injury, Class A misdemeano(F), DSM, .
02/01/2019, El Paso Texas, Burglary of Habitation, second-degree felony(F), CNV, Deferred adjudication 04/21/2020 with two years of community supervision and res.
07/27/2021, El Paso Texas, ransporting an alien unlawfully present in the United States, 8 USC 1324(a)(1)(A)(ii)(F), CNV, sentenced to 10 months imprisonment and 24 months supervised release..
09/26/2022, Midland Texas, Probation violation(F), CNV, 273 days imprisonment. No separate court disposition is provided for the 09/26.
08/21/2023, EL Paso Texas, Smuggling of Persons: Fleeing, second-degree felony(F), CNV, Convicted 09/12/2024 of Smuggling of Persons and Evading Arrest/Detention with V.
06/11/2026, El Paso Texas, Interference with Public Duties, Class B misdemeanor(M), CNV, Convicted 07/07/2026; sentenced to one day of confinement..
10/18/2026, EL Paso Texas, Possession of Controlled Substance, Penalty Group 1/1-B, less than 1 gram, state jail felony(F), PND, Prosecutor accepted charge 11/05/2026. No court disposition listed..
11/05/2026, EL PASO TEXAS, Burglary of Habitation, second-degree felony; Burglary of Vehicles, Class A misdemeanor(F), PND, Held. No prosecutor or court disposition listed..
11/16/2026, EL PASO TEXAS, Assault Causing Bodily Injury to a Family Member, Class A misdemeanor(F), ACC, Prosecutor accepted charge 11/17/2026. No court disposition listed..

# AFFIDAVIT

On November 20, 2026, Presidio Border Patrol Station intelligence agents observed a black Ford sedan at a convenience store in Presidio, Texas. The driver, later identified as Julian Mora, was reportedly photographing an unmarked Border Patrol vehicle and asking people at the fuel pumps how to avoid Border Patrol checkpoints. Intelligence agents observed the sedan leave the location with what appeared to be an additional passenger after stopping at a nearby Dollar General store.

At approximately 10:42 a.m., Border Patrol agents located the vehicle traveling northbound on Highway 67. After agents followed the vehicle, it reduced its speed significantly. Based on the reported activity, the apparent increase in occupants, and the vehicle's behavior, agents conducted a stop at approximately 10:43 a.m.

Agents identified four occupants. One back-seat passenger appeared rigid, avoided eye contact, and did not respond when initially asked whether he spoke English or Spanish. After being removed from the vehicle and questioned separately, the individual stated that he was a Mexican citizen without documentation to be legally present in the United States. Agents confirmed it and arrested that individual at approximately 10:47 a.m. and arrested the remaining occupants at approximately 10:50 a.m. All were transported to the Presidio Border Patrol Station for processing.

At approximately 1:31 p.m., after receiving and waving his Miranda rights, Mora participated in an interview. Mora stated that he traveled from El Paso to Presidio with two female passengers to pick up and transport at least one undocumented noncitizen to Odessa, Texas, for payment. He admitted that he knew the person was unlawfully present in the United States and that the transportation was illegal.

Mora stated that he expected to be paid between $500 and $700 per person, had received a $500 advance, and expected the remaining payment after delivery in Odessa. He said he arranged the attempt with a facilitator in Mexico who claimed to be related to the individual being transported. Mora accepted responsibility for the smuggling attempt and stated that the two female passengers were unaware of the plan.

Eric I. Valenzuela
Border Patrol Agent

Ronald C. Griffin
United States Magistrate Judge